# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK SCOTT CLINKENBEARD,
          Appellant,
     vs.
THE STATE OF NEVADA,
          Respondent.

No. 79006

FILED

AUG 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.       _____, J.
Parraguirre                      Cadish

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

19-33356

cc:   Hon. James E. Wilson, District Judge
      State Public Defender/Carson City
      Attorney General/Carson City
      Carson City District Attorney
      Carson City Clerk
      Derek Scott Clinkenbeard